

**FILED**

05/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0304





# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0304

DANIEL J. MAROZZO,

       Petitioner,

    v.

DARRIN SHORT, SHERIFF,
LINCOLN COUNTY SHERIFFS OFFICE,

       Respondent.

                        GRANT OF MOTION TO
                        PROCEED WITHOUT
                        PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

    DATED: May 15, 2024.

                                        BOWEN GREENWOOD
                                        Clerk of the Supreme Court